HILL PACKING COMPANY, Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Submitted May 20, 1946; decided May 23, 1946.

*Arnold J. Brock* for motion.
*John J. Bennett, Corporation Counsel (Stanley Buchsbaum* of counsel), opposed.

Motion denied, with $10 costs.